UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REC'D by ____ D.C.
DEC 18 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO. 07-20015 TP MIDDLEBROOKS

UNITED STATES OF AMERICA,
Plaintiff,

vs.

CARLOS MARMOLEJO,
Defendant(s).
_________________________________/

**ORDER**

**THIS CAUSE** has come before the Court upon the defendant's Motion For Early Termination of Supervised Release, filed November 17, 2008 (DE 2). A response was provided by Probation on December 3, 2008.

It appears that Mr. Marmolejo has been compliant with the conditions of supervision. Probation has transferred his case to it "Compliant Caseload." However, Mr. Marmolejo is currently unemployed and has not identified any unusual circumstances or hardships that warrant early termination. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at West Palm Beach, Florida, this 18 day of December, 2008.

**DONALD M. MIDDLEBROOKS**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record
U. S. Probation Office